# Order

Michigan Supreme Court
Lansing, Michigan

January 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153505

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                               SC: 153505
                                               COA: 330907

EDDIE BROWN,
      Defendant-Appellant.
                                               Oakland CC: 2010-232531-FC

_____/

On order of the Court, the application for leave to appeal the February 24, 2016 order of the Court of Appeals is considered. We DIRECT former appellate counsel, Michael A. Faraone, to file a supplemental brief addressing the reason(s) for his failure to file in the Court of Appeals, on direct review, a delayed application for leave to appeal within the deadlines set forth in former MCR 7.205(F), currently MCR 7.205(G). Counsel shall file the supplemental brief within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017



s0123

Clerk